ELLIOTT, Respondent, v. NILES et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by George F. Elliott against William W. Niles and another, copartners, etc.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the evidence does not warrant a finding that more than 10 days were necessarily spent in the business of the reference, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $200, in which event the judgment, as modified, is unanimously affirmed, without costs. See, also, 157 App. Div. 933, 142 N. Y. Supp. 1117.

---

EMMET v. SANITARY WATER STILL CO. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by William T. Emmet, Superintendent, etc., against the Sanitary Water Still Company. No opinion. Motion granted; question certified; order filed. See, also, 146 N. Y. Supp. 343.

---

EQUITABLE LIFE ASSUR. SOCIETY, Respondent, v. SEINIGER, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by the Equitable Life Assurance Society against Ella N. Seiniger, impleaded. A. B. Nathan, of New York City, for appellant. C. W. Pierson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ESCHER, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Edward L. Escher against the Buffalo & Lake Erie Traction Company.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., dissents.

---

ETSHELLS v. FARGO. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Harry Etshells against James F. Fargo, as treasurer, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1069.

---

FABER, Respondent, v. GREENE, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Leander B. Faber against Everett Greene.

PER CURIAM. Motion to dismiss appeal denied, on condition that defendant serve his proposed case on appeal on or before March 10, 1914, and, if the plaintiff serves his amendments within 10 days, defendant perfect the appeal, place it upon the April calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

JENKS, P. J., taking no part.

---

FEARON DANIEL CO., Appellant, v. LONDON GUARANTEE & ACCIDENT CO., Respondent. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by the Fearon Daniel Company against the London Guarantee & Accident Company. W. R. Dorman, of New York City, for appellant. W. E. Lowther, of New York City, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

---

FEDERER, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Hans Federer against Joseph Harris. No opinion. Motion denied, without costs. See, also, 145 N. Y. Supp. 1123.

---

FERBER, Appellant, v. INDIA WHARF BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Blanche J. Ferber against the India Wharf Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

FIFTH AVENUE SHOP, Inc., Respondent, v. FOX–STIEFEL & CO., Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the Fifth Avenue Shop, Incorporated, against Fox-Stiefel & Co. A. K. Stricker, of New York City, for appellant. M. L. Heidenheimer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 83 Misc. Rep. 127, 144 N. Y. Supp. 705.

---

FIRST NAT. BANK OF DETROIT, MICH., v. HOLLINS et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by the First National Bank of Detroit, Mich., against Harry B. Hollins, and others. No opinion. Order affirmed, with $10 costs and disbursements. The question as to the acceptance of the pleading is academic, and the application for the stay should be denied. See Gibbons v. Bush Co., 115 App. Div. 619, 101 N. Y. Supp. 721. See, also, 145 N. Y. Supp. 1123.

---

FIRST NAT. BANK OF PITTSBURGH v. STALLO. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the First National Bank of Pittsburgh against Edmund K. Stallo. No opinion. Motion granted. Order filed. See, also, 145 N. Y. Supp. 747.